UNITED STATES COURTHOUSE

SOUTHERN DISTRCT OF NEW JERSEY

TRENTON, NEW JERSEY

3RD JUDICIAL DISTRICT

RECEIVED

DEC 08 2014

AT 8:30_____ M
WILLIAM T. WALSH
CLERK

NOTICE OF COMPLAINT

BRAD A.SCHWARTZ,PLAINTIFF

Vs.

MONOUTH COUNTY MEDICAL CENTER-CEO FRANK VAZOS

JERSEY SHORE MEDICAL CENTER

KIMBALL MEDICAL CENTER

POINT PLEASANT BEACH POLICE DEPARTMENT-CHIEF KEVIN O'HARA

ACTING SECRET SERVICE DIRECTOR-JOESPH CLANCY

NATIONAL INSTITUTE OF MENTAL HEALTH-EXECUTIVE DIRECTOR-MARY GILBERTI

NATIONAL INSTITUTE OF MENTAL HEALTH-FORMER EXECUTICE DIRECTOR-DR.THOMAS INSEL

AMERICAN PSYCHARTIC ASSOCIATION-SAUL LEVIN-EXECUTIVE DIRECTOR-PH.D

AMERICAN PSYCHOLOGICAL ASSOCIATION-NORMAN B. ANDERSEN-CEO

GOVERNOR CHRIS CHRISTIE-R OF THE STAT OF NEW JERSEY

1).THE PLAINTIFF HEREIN,BRAD A.SCHWARTZ IS A RESIDENT OF THE STATE OF NEW YORK.MR.SCHWARTZ TEMPORARYILY RESIDES AT 17 SOUTH SECOND AVENUE

MOUNT VERNON,NEW YORK,10550,WESTCHESTER COUNTY

2. )PLAINTIFF STATES THAT A FALSE DIAGNOSES AND A MISDIAGNOSES IN A MENTAL HEALTH SETTING

CONTRIBUTORY NEGILGENCE,NEGLIGENCE PER SE(NEGLIGENCE BY ITSELF),AND KIDNAPPING A FEDERAL OFFENSE,A TORT AS WELL AS SPECIFIC-INTENT CRIME .BEING HELD AGAINST HIS WILL AND THEN CREATING A BREACH OF FIDICUIARY TRUST WITH HIS RELATIONSHIP WITH THE 14TH AMENDMENT

UNITED STATES COURTHOUSE

SOUTHERN DISTRCT OF NEW JERSEY

TRENTON, NEW JERSEY

3RD JUDICIAL DISTRICT

NOTICE OF COMPLAINT

BRAD A.SCHWARTZ,PLAINTIFF

Vs.

MONOUTH COUNTY MEDICAL CENTER-CEO FRANK VAZOS

JERSEY SHORE MEDICAL CENTER

KIMBALL MEDICAL CENTER

POINT PLEASANT BEACH POLICE DEPARTMENT-CHIEF KEVIN O'HARA

ACTING SECRET SERVICE DIRECTOR-JOESPH CLANCY

NATIONAL INSTITUTE OF MENTAL HEALTH-EXECUTIVE DIRECTOR-MARY GILBERTI

NATIONAL INSTITUTE OF MENTAL HEALTH-FORMER EXECUTICE DIRECTOR-DR.THOMAS INSEL

AMERICAN PSYCHARTIC ASSOCIATION-SAUL LEVIN-EXECUTIVE DIRECTOR-PH.D

AMERICAN PSYCHOLOGICAL ASSOCIATION-NORMAN B. ANDERSEN-CEO

GOVERNOR CHRIS CHRISTIE-R OF THE STAT OF NEW JERSEY

1).THE PLAINTIFF HEREIN,BRAD A.SCHWARTZ IS A RESIDENT OF THE STATE OF NEW YORK.MR.SCHWARTZ TEMPORARYILY RESIDES AT 17 SOUTH SECOND AVENUE

MOUNT VERNON,NEW YORK,10550,WESTCHESTER COUNTY

2. )PLAINTIFF STATES THAT A FALSE DIAGNOSES AND A MISDIAGNOSES IN A MENTAL HEALTH SETTING

CONTRIBUTORY NEGILGENCE,NEGLIGENCE PER SE(NEGLIGENCE BY ITSELF),AND KIDNAPPING A FEDERAL OFFENSE,A TORT AS WELL AS SPECIFIC-INTENT CRIME .BEING HELD AGAINST HIS WILL AND THEN CREATING A BREACH OF FIDICUIARY TRUST WITH HIS RELATIONSHIP WITH THE 14TH AMENDMENT

TO THE CONSTITUTION.A BREACH HAD TAKEN PLACE WITHIN THE CONFINES OF THE 8TH AMENDMENT.CRUEL AND UNUSUAL PUNISHMENT.

3 ).PLAINTIFF STATES THAT HE WAS ENTRAPED TO BELIEVE THAT HE INDEED WAS AND OR HIS INDIDUVAL PSYCHOSIS WAS BEING CALLED INTO JEOPARDY.THIS IS A QUESTION OF LAW AND MUCH OF A QUESTION OF FACT THAT INDEED HAS BEEN PROVEN TO BE RATHER FALSE INDEED.

4).PLAINTIFF CLAIMS KIDNAPPING,BEING OVERLY SEDATED,OVERLY RESTRAINED BY SECURITY SERVICES WHEN HE WITNESSED OTHER CITIZENS BEING WRESTLED TO THE GROUND BY FOUR OR MORE OFFICERS WHILE HE REMAINED AS ALWAYS RATHER IN A CALM STATE..THIS IS A SPEFIC-INTENT CRIME,AND I STATE TODAY WITH CITATION OMITTED MARTINEZ VS.LONG ISLAND JEWISH HILLSIDE MEDICAL CENTER OF NEW YORK COURT OF APPEALS OF NEW YORK 70 N.Y.2D.697,512,N.E.2D.,538,518,N.Y.S.1955,1987.N.Y.LEXIS 18001,APRIL 28,1987.ARGUED ,JUNE 09,1987,DECIDED IN FAVOR OF PLAINITIFF..I ADDITIONALLY CITE IN RE CLAIM OF WEINFIELD, 135 A.D 2D.880,552 N.Y.S.278,1987.APP.DIV.LEXIS 52812,DECEMBER 03,1987.THIS INCIDENT HAD TAKEN PLACE FROM OCTOBER 27-29,2011,MONMOUTH COUNTY,NEW JERSEY.

5).PLAINTIFF IS A LEGAL AND BUSINESS PROFESSIONAL WITH A LONG PEDIGREE AS WELL AS THE CREDENTIALS TO PROVE THAT THIS ACTION OF CONTRIBUTORY NEGILGENCE,NEGLIGENCE PER SE AND A FALSE DIAGNOSES AS WELL AS  MISDIAGNOSES REPRESENTS A CLEAR AND PRESENT DANGER TEST TO FREE SPEECH AND TO QUESTION THE FRAUD IN THE FACT AS WELL AS CRIMINAL FRAUD HAD TAKEN PLACE WITH THESE PARTIES.APPARENTLY AFTER CAREFUL QUERY AND A SERIES OF INVESTIGATIONS THAT HAD BEEN CONDUCTED ON HIS OWN THAT THIS ISSUE IS OR SEEMS TO BE A RATHER PERVASIVE ISSUE WITHIN THE MEDICAL COMMUNITY,AND OR IS CONSIDERED TO BE IF I CAN USE A SLANG TERM,A "TABOO TOPIC OF CONVERSATION THAT MANY CITIZENS SEEM TO BE AWARE OF".

6).PLAINTIFF,REQUESTS THE DEFENDANTS THAT HAVE BEEN NAMED(SUPRA)TO BE ABLE TO DISCUSS WITHIN A COURT OF LAW,THE COMMON LAW LEGAL SYSTEM THE MECHANISMS  BEHIND A MISDIAGNOSES IN A MENTAL HEALTH SETTING.MOROEOVER NOT DISMISSING THE PLAIN FACT THAT AS A SOCIETY WE SEEM TO BE MISSING THE WARING SIGNALS OF THOSE THAT TRULY NEED OUR LOVE AND SUPPORT WHILE THOSE THAT QUESTION THE VALIDITY OF THE CONTEMPORARY POLITICAL AND ECONOMIC  CONUNDRUMS OF OUR WORLD ARE VERY STRONGLY MISIDENTIFED,THIS TABOO TOPIC NEEDS TO BE QUESTIONED IN THE COURT OF LAW AND NOT THE COUR OF OPINION,

7 ).BY REASON OF THE FACTS STATED ABOVE (SUPRA)AND THE FINDING OF FACT THAT THESE CIRCUMSTANCES ARE THAT HAVE BEEN STATED(SUPRA) ARE TRUE AND OF CLEAR FACT.

8).BY REASON OF A FINDING OF FACT PLAINTIFF REQUESTS A SUM TOTAL OF 100,000,000.00 AND DECLARTORY RELIEF FOR THIS CIRCUMSTANCES THAT HAD TAKEN PLACE.

DATED:November 08,2014 A SATURDAY.